**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | JVJ Pharmacy Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  University Chemists |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-1251497 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **74 University Place** <br> **New York, NY 10003** <br> Number, Street, City, State & ZIP Code <br><br> **New York** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | University Chemists.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership <br><br> ☐ Other. Specify: _____ |

Debtor **JVJ Pharmacy Inc.** _____   Case number (*if known*) _____

Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ☐ No.
☑ Yes.

If more than 2 cases, attach a separate list.

| | District | **SDNY** | When | **11/03/11** | Case number | **11-15126** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | District | | When | Case number, if known |

| Debtor | **JVJ Pharmacy Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name    _____

          Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **JVJ Pharmacy Inc.**                                               Case number (*if known*) _____
Name

---

█████  **Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  3, 2016**
　　　　　　　　 MM / DD / YYYY

**X** **/s/ James F. Zambri**                              **James F. Zambri**
Signature of authorized representative of debtor            Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Avrum J. Rosen**                    Date  **March  3, 2016**
Signature of attorney for debtor                    MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Law Offices of Avrum J. Rosen, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone  **631-423-8527**    Email address  **ajrlaw@aol.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name **JVJ Pharmacy Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**March  3, 2016**__        X **/s/ James F. Zambri**
                                             Signature of individual signing on behalf of debtor

                                             **James F. Zambri**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **JVJ Pharmacy Inc.** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accredo**<br>**1640 Century Center Parkway**<br>**Memphis, TN 38134** | | **Trade Debt** | | | | **$10,764.68** |
| **Ally Financial**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | | **Trade Debt** | **Disputed** | | | **$1,936.03** |
| **BioRidge**<br>**100 Campus Drive**<br>**Florham Park, NJ 07932** | | **Trade Debt** | | | | **$143,803.71** |
| **Charles Solana & Sons**<br>**80 Modular Avenue**<br>**Commack, NY 11725** | | **Trade Debt** | | | | **$765.76** |
| **Creative Product Source, Inc.**<br>**2686 Kirby Whitten Road**<br>**Suite 110**<br>**Memphis, TN 38133** | | **Trade Debt** | | | | **$897.08** |
| **Deluxe Delivery**<br>**64 West 48th Street** | | **Trade Debt** | | | | **$4,184.39** |
| **Destination Print**<br>**3115 Foothill Blvd M-319**<br>**La Crescenta, CA 91214** | | **Trade Debt** | | | | **$939.92** |
| **Fagron**<br>**2400 Pilot Knob Road**<br>**Saint Paul, MN 55120** | | **Trade Debt** | | | | **$58,071.19** |
| **FedEx**<br>**942 South Shaddy Grove Road**<br>**Memphis, TN 38120** | | **Trade Debt** | | | | **$3,764.66** |

Debtor  **JVJ Pharmacy Inc.**                                    Case number *(if known)*  _____
_____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lakeland Capital West PO Box 8152 Waco, TX 76714 | | Trade Debt | | | | $608,170.64 |
| Lakeland Capital West PO Box 8152 Waco, TX 76714 | | Trade Debt | | | | $16,023.33 |
| Matulane Direct 12601 Collections Center Dr Chicago, IL 60693 | | Trade Debt | | | | $11,032.79 |
| Medisca Inc PO Box 2592 Plattsburgh, NY 12901 | | Trade Debt | | | | $13,968.00 |
| NMG Realty Co. 7615 Elliot Avenue Middle Village, NY 11379-1339 | | rent for both retail and office space and unpaid semi annual tax | | | | $49,606.27 |
| NuCare 622 W Katella Ave Orange, CA 92867 | | Trade Debt | | | | $25,079.96 |
| Parata Inc PO Box 638203 Cincinnati, OH 45263-8203 | | Trade Debt | | | | $10,308.28 |
| RBS Solutions Inc 628 E 11th Street, Unit 2A New York, NY 10009 | | Trade Debt | | | | $4,000.00 |
| Smith Medical Partners 950 Lively Blvd Wood Dale, IL 60191 | | Trade Debt | | | | $32,751.88 |
| Warshaw Bernstein LLP 555 Fifth Ave New York, NY 10017 | | Legal Services | | | | $29,938.99 |
| Windstream Inc PO Box 3177 Cedar Rapids, IA 52406-3177 | | Trade Debt | | | | $4,188.79 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **JVJ Pharmacy Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................. $         **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................................... $       **6,883,466.78**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................................. $       **6,883,466.78**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $       **4,214,904.07**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of *Schedule E/F*..................................................... $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................ +$     **1,402,359.79**

4.  Total liabilities .................................................................................................................
Lines 2 + 3a + 3b      $       **5,617,263.86**

**Fill in this information to identify the case:**

Debtor name     **JVJ Pharmacy Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| **checking** | | | |
| **Last 4 digits of Acc# : 2702** | | | |
| 3.1.. **JP Morgan Chase Bank Account** | checking | 2702 | $596,696.07 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         **$596,696.07**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1.. **Rent Security Deposit** | $40,900.00 |
| --- | --- |

| 7.2.. **Utility Deposit** | $17,500.00 |
| --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor    **JVJ Pharmacy Inc.** _____    Case number _(If known)_ _____
            Name

---

| 9. | **Total of Part 2.** | | **$58,400.00** |
|----|----|----|----|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **4,057,436.75** | - | **0.00** | = .... | **$4,057,436.75** |
|----|----|----|----|----|----|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **253,231.31** | - | **67,529.31** | = .... | **$185,702.00** |
|----|----|----|----|----|----|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$4,243,138.75** |
|----|----|----|----|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|----|----|----|----|----|----|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Inventory** | 2/19/16 | $499,065.00 | Recent cost | $462,224.10 |

| 23. | **Total of Part 5.** | | **$462,224.10** |
|----|----|----|----|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No

**1000000**    Valuation method _____    Current Value    **0**

| Debtor | **JVJ Pharmacy Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

■ Yes. Book value _____    _____    _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> **Furniture/Fixtures** | **$88,706.57** | **Tax records** | **$225,241.09** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Telephone System** | **$20,370.66** | **Tax records** | **$51,522.00** |
| **Security Camera System** | **$5,000.00** | **Tax records** | **$25,000.00** |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$301,763.09** |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
□ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **JVJ Pharmacy Inc.**                                    Case number *(If known)* _____
          Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.. **2010 Escalade** | $20,545.53 | | $20,545.33 |
| 47.2.. **Two (2) Nissan MV200** | $0.00 | Tax records | $44,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **HVAC Unit** | $11,400.00 | Tax records | $22,800.00 |
| **Shelving** | $0.00 | Tax records | $61,753.00 |
| **Store Shelving** | $10,000.00 | Tax records | $113,256.82 |
| **Phone and computer system** | $0.00 | Tax records | $71,892.66 |
| **PACMED Machine - Parata** | $0.00 | Tax records | $253,231.31 |
| **Scriptrpo Machine** | $2,481.97 | Tax records | $174,020.63 |
| **Unguator 2100** | $0.00 | Tax records | $5,634.55 |
| **Sunbeam Mixer Mod 2594 (2)** | $0.00 | Tax records | $259.32 |
| **Kitchen Aid Mixer 600 Series** | $0.00 | Tax records | $569.99 |
| **Hamilton Beach Stand Mixer Model 64650** | $0.00 | Tax records | $59.99 |
| **Germfree Good Model BBF-3SSRX** | $0.00 | Tax records | $5,000.00 |
| **Flow Science Inc Hood Mod** | $0.00 | Tax records | $3,000.00 |
| **Flow Science External Fax** | $0.00 | Tax records | $700.00 |
| **Exakt Ointment Mill Mod 50** | $0.00 | Tax records | $5,195.00 |
| **Jaansun 300 Capsule Machine** | $500.00 | Tax records | $4,150.00 |
| **Jaansun 300 Capsule Machine Loader** | $0.00 | Tax records | $2,095.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **JVJ Pharmacy Inc.**                                    Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| **Feton Capsule Machine Mod Fastlock K** | $0.00 | **Tax records** | $500.00 |
| **Adventurer SL AS153 Scale** | $0.00 | **Tax records** | $726.75 |
| **And GX2000 Scale** | $0.00 | **Tax records** | $1,459.15 |
| **And GF 2000 Scale** | $0.00 | **Tax records** | $1,039.50 |
| **Corning Hot Plate** | $0.00 | **Tax records** | $459.99 |

51.    **Total of Part 8.**                                                        | $792,348.99 |
          Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
          ☐ No
          ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Website** | $58.96 | **Tax records** | $9,800.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** **Marketing Material** | $5,000.00 | **Tax records** | $25,000.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **JVJ Pharmacy Inc.**                                          Case number *(If known)* _____
Name

66.    **Total of Part 10.**                                                    | $34,800.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ☐ No
      ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☐ No
      ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.    **Notes receivable**
      Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

      **Amount requested : Unknown**
      **JVJ Pharmacy Inc d/b/a University Chemists v Demarco et al, Index No. 651111/15 pending in New York Supreme Court, County of New York**                    **Unknown**

| Nature of claim | commerical tort |
| --- | --- |
| Amount requested | $0.00 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **Leasehold Improvements**                                              **$394,095.78**

      **Lease for the real property located at 74 Univeristy Place**                                                          **$0.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **JVJ Pharmacy Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

| 78. | **Total of Part 11.** | $394,095.78 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **JVJ Pharmacy Inc.**                                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $596,696.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $58,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,243,138.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $462,224.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $301,763.09 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $792,348.99 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $34,800.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $394,095.78 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,883,466.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,883,466.78 |

**Fill in this information to identify the case:**

Debtor name    **JVJ Pharmacy Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Amerisource Bergen Drug Co**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $1,392,351.52 | $4,057,436.75 |

**1300 Morris Drive
Wayne, PA 19087**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**8371**

Do multiple creditors have an
interest in the same property?

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. PNC Bank, NA
2. Amerisource Bergen
Drug Co**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Amerisource Bergen Drug Co**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $59,183.66 | $596,696.07 |
|---|---|---|---|

**checking
Last 4 digits of Acc# : 2702
JP Morgan Chase Bank Account**

**1300 Morris Drive
Wayne, PA 19087**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | JVJ Pharmacy Inc. | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. PNC Bank, NA**
**2. Amerisource Bergen Drug Co**
**3. Lakeland Capital West**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Lakeland Capital West** | Describe debtor's property that is subject to a lien | $19,550.00 | $596,696.07 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 8152
Waco, TX 76714

Creditor's mailing address

**checking**
**Last 4 digits of Acc# : 2702**
**JP Morgan Chase Bank Account**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Lakeland Capital West** | Describe debtor's property that is subject to a lien | $19,550.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 8152
Waco, TX 76714

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**7/28/10**

**Last 4 digits of account number**
**7273**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **PNC Bank, NA** | Describe debtor's property that is subject to a lien | $0.00 | $596,696.07 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **JVJ Pharmacy Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Two Tower Center**
**East Brunswick, NJ 08816**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

**checking**
**Last 4 digits of Acc# : 2702**
**JP Morgan Chase Bank Account**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.6 | **PNC Bank, NA** | Describe debtor's property that is subject to a lien | $2,724,268.89 | $4,057,436.75 |
|---|---|---|---|---|

Creditor's Name

**Two Tower Center**
**East Brunswick, NJ 08816**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

**Describe the lien**
**Common Law Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,214,904.07 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Amerisource Bergen**<br>**5100 Jaindl Blvd**<br>**Bethlehem, PA 18017-9434** | Line **2.1** | |
| **LeviLubarsky Feigenbaum & Weis**<br>**655 Third Avenue, 27th Floor** | Line **2.3** | |

Debtor    **JVJ Pharmacy Inc.**
                Name

Case number (if know)

**New York, NY 10017**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **JVJ Pharmacy Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Accredo**<br>**1640 Century Center Parkway**<br>**Memphis, TN 38134** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt** | $ **10,764.68** |
| | Date or dates debt was incurred<br><br>Last 4 digits of account number **0632** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Ally Financial**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade Debt** | $ **1,936.03** |
| | Date or dates debt was incurred<br><br>Last 4 digits of account number | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **12.93** |

Debtor    **JVJ Pharmacy Inc.**                                       Case number (*if known*)
          Name

**American Express**                          Check all that apply.
**PO Box 53852**                              ☐ Contingent
**Phoenix, AZ 85072-3852**                    ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:    **Trade Debt**

Date or dates debt was incurred               Is the claim subject to offset?

                                              ☑ No
Last 4 digits of account number    **7559**
                                              ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **143,803.71** |
|-----|------|------|------|

**BioRidge**                                  Check all that apply.
**100 Campus Drive**                          ☐ Contingent
**Florham Park, NJ 07932**                    ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:    **Trade Debt**

Date or dates debt was incurred               Is the claim subject to offset?

                                              ☑ No
Last 4 digits of account number
                                              ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **603.51** |
|-----|------|------|------|

**Boiron**                                    Check all that apply.
**6 Campus Blvd**                             ☐ Contingent
**Newtown Square, PA 19073**                  ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:    **Trade Debt**

Date or dates debt was incurred               Is the claim subject to offset?

                                              ☑ No
Last 4 digits of account number    **2977**
                                              ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **765.76** |
|-----|------|------|------|

**Charles Solana & Sons**                     Check all that apply.
**80 Modular Avenue**                         ☐ Contingent
**Commack, NY 11725**                         ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:    **Trade Debt**

Date or dates debt was incurred               Is the claim subject to offset?

                                              ☑ No
Last 4 digits of account number    **VCHE**
                                              ☐ Yes

---

Debtor    **JVJ Pharmacy Inc.**                                    Case number (if known)
          Name

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **897.08** |

**Creative Product Source, Inc.**
**2686 Kirby Whitten Road**
**Suite 110**
**Memphis, TN 38133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number    **0277**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **4,184.39** |

**Deluxe Delivery**
**64 West 48th Street**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **939.92** |

**Destination Print**
**3115 Foothill Blvd**
**M-319**
**La Crescenta, CA 91214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **313.97** |

**Dr. Comfort**
**10300 N Enterprise Dr**
**Thiensville, WI 53092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number    **6389**

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **JVJ Pharmacy Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Fagron**
**2400 Pilot Knob Road**
**Saint Paul, MN 55120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade Debt**

$ **58,071.19**

Date or dates debt was incurred

Last 4 digits of account number    **0143**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**
**FedEx**
**942 South Shaddy Grove Road**
**Memphis, TN 38120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade Debt**

$ **3,764.66**

Date or dates debt was incurred

Last 4 digits of account number    **5068**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Germfree**
**4 Sunshine Blvd**
**Ormond Beach, FL 32174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade Debt**

$ **123.72**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
**James Zambri**
**2020 Winding Brook Way**
**Scotch Plains, NJ 07076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Shareholder Loan**

$ **371,109.31**

---

| Debtor | **JVJ Pharmacy Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Lakeland Capital West**
**PO Box 8152**
**Waco, TX 76714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

$   **16,023.33**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Lakeland Capital West**
**PO Box 8152**
**Waco, TX 76714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

$   **608,170.64**

Date or dates debt was incurred _____

Last 4 digits of account number   **7273**

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Matulane Direct**
**12601 Collections Center Dr**
**Chicago, IL 60693**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

$   **11,032.79**

Date or dates debt was incurred _____

Last 4 digits of account number   **4MAT**

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Medisca Inc**
**PO Box 2592**
**Plattsburgh, NY 12901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **13,968.00**

---

Debtor    **JVJ Pharmacy Inc.**                                    Case number (if known)
_____
Name

Basis for the claim:    **Trade Debt**
_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    **JP01**          ■ No
                                                      ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **49,606.27** |
|------|--|--|--|

**NMG Realty Co.**
**7615 Elliot Avenue**
**Middle Village, NY 11379-1339**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **rent for both retail and office space and unpaid semi annual tax**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____   ■ No
                                                      ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **25,079.96** |
|------|--|--|--|

**NuCare**
**622 W Katella Ave**
**Orange, CA 92867**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    **0304**         ■ No
                                                      ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **10,308.28** |
|------|--|--|--|

**Parata Inc**
**PO Box 638203**
**Cincinnati, OH 45263-8203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    **1090**         ■ No
                                                      ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,000.00** |
|------|--|--|--|

Debtor    **JVJ Pharmacy Inc.**                                                  Case number (if known) _____
          Name

**RBS Solutions Inc**                              Check all that apply.
**628 E 11th Street, Unit 2A**                     ☐ Contingent
**New York, NY 10009**                             ☐ Unliquidated
                                                   ☐ Disputed

                                                   Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **32,751.88** |

**Smith Medical Partners**                         Check all that apply.
**950 Lively Blvd**                                 ☐ Contingent
**Wood Dale, IL 60191**                             ☐ Unliquidated
                                                   ☐ Disputed

                                                   Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    **3802**        ■ No
                                                   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **29,938.99** |

**Warshaw Bernstein LLP**                          Check all that apply.
**555 Fifth Ave**                                  ☐ Contingent
**New York, NY 10017**                             ☐ Unliquidated
                                                   ☐ Disputed

                                                   Basis for the claim:    **Legal Services**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    **0002**        ■ No
                                                   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4,188.79** |

**Windstream Inc**                                 Check all that apply.
**PO Box 3177**                                    ☐ Contingent
**Cedar Rapids, IA 52406-3177**                    ☐ Unliquidated
                                                   ☐ Disputed

                                                   Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    **6933**        ■ No
                                                   ☐ Yes

---

| Debtor | **JVJ Pharmacy Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,402,359.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,402,359.79 |

**Fill in this information to identify the case:**

Debtor name    **JVJ Pharmacy Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Retainer Agreement with law firm to provide services to collect outstanding amounts due and owing to debtor for "No Fault Insurance" claims (Contingency Fee Agreement)** | |
| | State the term remaining | | **Lewin & Baglio LLP** |
| | List the contract number of any government contract | | **1100 Shames Drive, Suite 100 Westbury, NY 11590** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Retainer with law firm to provide collection services in connection with "Workers Compensation" recovery claims (contingency fee agreement)** | |
| | State the term remaining | | **Lewin & Baglio LLP** |
| | List the contract number of any government contract | | **1100 Shames Drive, Suite 100 Westbury, NY 11590** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor's lease for non-residential real property Term expires on 12/31/16** | |
| | State the term remaining | **10 months** | **NMG Realty Co** |
| | List the contract number of any government contract | | **7615 Elliot Ave Middle Village, NY 11379** |

**Fill in this information to identify the case:**

Debtor name    **JVJ Pharmacy Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D  ☐ E/F  ☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.2 | | | ☐ D  ☐ E/F  ☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.3 | | | ☐ D  ☐ E/F  ☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.4 | | | ☐ D  ☐ E/F  ☐ G |
| | Street | | |
| | City          State          Zip Code | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **JVJ Pharmacy Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | $24,600,000.00 |
| **For the fiscal year:**<br>From  **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other  _____ | $24,214,181.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **JVJ Pharmacy Inc.** | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **JVJ Pharmacy Inc d/b/a University Chemists v. Charles Demarco et al 651111/15** | **Commercial Tort - Debtor, in the action described herein, alleges that its employees and prior partner in the business, converted Debtor's customer list, resulting in loss of both sales and profits.** | **Supreme Court New York County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **JVJ Pharmacy Inc.** | Case number *(if known)* |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

---

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Avrum J. Rosen, PLLC<br>38 New Street<br>Huntington, NY 11743** | | **2/22/16** | **$51,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

---

### Part 7: Previous Locations

**14. Previous addresses**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | JVJ Pharmacy Inc. | Case number *(if known)* | |

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Social Security Numbers**
**Medical Information which are subject to HIPAA**
**Dates of birth**
**Insurance Identification Numbers**
**Credit Card Account Numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor      **JVJ Pharmacy Inc.**                                          Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:     Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.     Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | JVJ Pharmacy Inc. | Case number (if known) | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | James Zambri | February 22, 2016 | 465224.10 |
| | Name and address of the person who has possession of inventory records | | |
| | James Zambri | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Zambri | | | 100 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **JVJ Pharmacy Inc.** | Case number *(if known)* |
|--------|------------------------|--------------------------|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**March 3, 2016**__

__/s/ James F. Zambri__                              **James F. Zambri**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    __**President**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **JVJ Pharmacy Inc.**               Case No. _____

Debtor(s)        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ................................................ $ _____

Prior to the filing of this statement I have received ................................. $ _____

Balance Due ................................................................................................. $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ......... $      **50,000.00**

The undersigned shall bill against the retainer at an hourly rate of .......... $      **550.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  3, 2016**               **/s/ Avrum J. Rosen**
*Date*                                **Avrum J. Rosen**
                                     *Signature of Attorney*
                                     **Law Offices of Avrum J. Rosen, PLLC**
                                     **38 New St**
                                     **Huntington, NY 11743-3327**
                                     **631-423-8527  Fax: 631-423-4536**
                                     **ajrlaw@aol.com**
                                     *Name of law firm*

# United States Bankruptcy Court
### Southern District of New York

In re **JVJ Pharmacy Inc.** _____

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James F. Zambri**<br>**2020 Winding Brook Way**<br>**Scotch Plains, NJ 07076** | | **Shares 200** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March  3, 2016** _____

Signature **/s/ James F. Zambri**

**James F. Zambri**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **JVJ Pharmacy Inc.** _____    Case No. _____

                                          Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  3, 2016** _____        **/s/ James F. Zambri** _____

                                          **James F. Zambri/President**
                                          Signer/Title

ACCREDO
1640 CENTURY CENTER PARKWAY
MEMPHIS, TN 38134


ADELSO FERNANDEZ
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD, STE 519
GARDEN CITY, NY 11530


ALEXANDRA MARIE BELLO
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD, STE 519
GARDEN CITY, NY 11530


ALLY FINANCIAL
PO BOX 380902
MINNEAPOLIS, MN 55438


AMERICAN EXPRESS
PO BOX 53852
PHOENIX, AZ 85072-3852


AMERISOURCE BERGEN
5100 JAINDL BLVD
BETHLEHEM, PA 18017-9434


AMERISOURCE BERGEN DRUG CO
1300 MORRIS DRIVE
WAYNE, PA 19087


AMERISOURCE BERGEN DRUG CO
1300 MORRIS DRIVE
WAYNE, PA 19087


ANGELO MANIELLO
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD, STE 519
GARDEN CITY, NY 11530


BETH PUGLIESE
C/O MURRAY & DIBELLA LLP
475 PARK AVE SOUTH, 6TH FLR
NEW YORK, NY 10016

BIORIDGE
100 CAMPUS DRIVE
FLORHAM PARK, NJ 07932


BOIRON
6 CAMPUS BLVD
NEWTOWN SQUARE, PA 19073


CHARLES DEMARCO
VALLI KANE & VAGNINI LLP
600 OLD COUNTRY ROAD, SUITE519
GARDEN CITY, NY 11530


CHARLES SOLANA & SONS
80 MODULAR AVENUE
COMMACK, NY 11725


CREATIVE PRODUCT SOURCE, INC.
2686 KIRBY WHITTEN ROAD
SUITE 110
MEMPHIS, TN 38133


DELUXE DELIVERY
64 WEST 48TH STREET


DESTINATION PRINT
3115 FOOTHILL BLVD
M-319
LA CRESCENTA, CA 91214


DR. COMFORT
10300 N ENTERPRISE DR
THIENSVILLE, WI 53092


FAGRON
2400 PILOT KNOB ROAD
SAINT PAUL, MN 55120


FEDEX
942 SOUTH SHADDY GROVE ROAD
MEMPHIS, TN 38120


GERMFREE
4 SUNSHINE BLVD
ORMOND BEACH, FL 32174

```
GOOD CARE PHARMACY INC
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD, STE 519
GARDEN CITY, NY 11530


HEALTHNOEW SOLUTIONS INC
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD SUITE 519
GARDEN CITY, NY 11530


JAMES ZAMBRI
2020 WINDING BROOK WAY
SCOTCH PLAINS, NJ 07076


LAKELAND CAPITAL WEST
PO BOX 8152
WACO, TX 76714


LAKELAND CAPITAL WEST
PO BOX 8152
WACO, TX 76714


LAKELAND CAPITAL WEST
PO BOX 8152
WACO, TX 76714


LAKELAND CAPITAL WEST
PO BOX 8152
WACO, TX 76714


LEVILUBARSKY FEIGENBAUM & WEIS
655 THIRD AVENUE, 27TH FLOOR
NEW YORK, NY 10017


LEWIN & BAGLIO LLP
1100 SHAMES DRIVE, SUITE 100
WESTBURY, NY 11590


LEWIN & BAGLIO LLP
1100 SHAMES DRIVE, SUITE 100
WESTBURY, NY 11590


MATULANE DIRECT
12601 COLLECTIONS CENTER DR
CHICAGO, IL 60693
```

MEDISCA INC
PO BOX 2592
PLATTSBURGH, NY 12901


MICAHEL GRACE
C/O MURRAY & DI BELLA LLP
475 PARK AVE SOUT, 6TH FLR
NEW YORK, NY 10016-9000


NMG REALTY CO
7615 ELLIOT AVE
MIDDLE VILLAGE, NY 11379


NMG REALTY CO.
7615 ELLIOT AVENUE
MIDDLE VILLAGE, NY 11379-1339


NUCARE
622 W KATELLA AVE
ORANGE, CA 92867


PARATA INC
PO BOX 638203
CINCINNATI, OH 45263-8203


PNC BANK, NA
TWO TOWER CENTER
EAST BRUNSWICK, NJ 08816


PNC BANK, NA
TWO TOWER CENTER
EAST BRUNSWICK, NJ 08816


RBS SOLUTIONS INC
628 E 11TH STREET, UNIT 2A
NEW YORK, NY 10009


RICK SIRIANNI
C/O ABRAMS FENSTERMAN ET AL
1111 MARCUS AVENUE, SUITE 107
NEW HYDE PARK, NY 11042

RIGHT TRACK PHARMACY INC.
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY ROAD, STE 519
GARDEN CITY, NY 11530


RINDA COGNA
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD, STE 519
GARDEN CITY, NY 11530


SHERMAN PHARMACY 2 INC
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD, STE 519
GARDEN CITY, NY 11530


SMITH MEDICAL PARTNERS
950 LIVELY BLVD
WOOD DALE, IL 60191


WARSHAW BERNSTEIN LLP
555 FIFTH AVE
NEW YORK, NY 10017


WINDSTREAM INC
PO BOX 3177
CEDAR RAPIDS, IA 52406-3177


YESSICA FIGUERO
C/O VALLI KANE & VAGNINI LLP
600 OLD COUNTRY RD, STE 519
GARDEN CITY, NY 11530

# United States Bankruptcy Court
## Southern District of New York

In re   __JVJ Pharmacy Inc.__ _____

Debtor(s)

Case No. _____

Chapter   __11__ _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __JVJ Pharmacy Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  3, 2016__ _____
Date

__/s/ Avrum J. Rosen__ _____
__Avrum J. Rosen__
Signature of Attorney or Litigant
Counsel for   __JVJ Pharmacy Inc.__ _____
__Law Offices of Avrum J. Rosen, PLLC__
__38 New St__
__Huntington, NY 11743-3327__
__631-423-8527 Fax:631-423-4536__
__ajrlaw@aol.com__